### The Second Municipality of New Orleans *v.* William H. Martin.

Where the record contains no statement of facts, bill of exceptions, or assignment of errors ; and it is not certified by the judge as required by art. 586 of the Code of Practice, and the certificate of the clerk does not show that it contains all the evidence introduced on the trial below, the appeal must be dismissed.

Appeal from the Commercial Court of New Orleans, *Watts,* J. This was an appeal by the defendant from a judgment in favor of plaintiffs, for the cost of certain paving done in front of lots owned by the defendant.

*Rawle,* for the plaintiffs.

*Culbertson,* for the appellant.

Simon, J. The record in this case does not contain any statement of facts, bill of exceptions, or assignment of errors. It is not certified by the judge, according to article 586 of the Code of Practice ; and the clerk only certifies that it contains a transcript of all the proceedings, as well as of all the documents filed in the cause, wherein Municipality No. 2 is plaintiff, and William H. Martin is defendant.

The insufficiency of the clerk's certificate precludes us from examining this case on its merits, and compels us to dismiss the appeal.

*Appeal dismissed.*